IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIFFANY ADAMS, on behalf of herself : 
and those similarly situated, : 
           Plaintiff, : 
  : 
     v. : Civil No. 2:20-cv-00697-JMG
  : 
PARTS DISTRIBUTION XPRESS, INC., *et al.*, : 
           Defendants. : 

## ORDER

**AND NOW,** this 22nd day of March, 2021, upon consideration of defendants' motion to compel arbitration and motion to dismiss amended complaint for failure to state a claim (ECF No. 16), plaintiff's response in opposition (ECF No. 23), defendants' notice of supplemental authority (ECF No. 30) and reply (ECF No. 17), and plaintiff's notices of supplemental authority (ECF Nos. 34, 37, 63) and sur-reply (ECF No. 33), and any attached exhibits, it is hereby

**ORDERED as follows**:

1. The defendants' motion to compel arbitration (ECF No. 16) is **GRANTED.**

2. The defendants' request to dismiss the amended complaint for failure to state a claim (ECF No. 16) is **DENIED as moot**.

3. Plaintiff shall **SUBMIT** this dispute to arbitration in accordance with the terms of June 9, 2018, arbitration agreement.

4. The action is **STAYED** pending the completion of arbitration proceedings. The parties shall file joint reports every sixty days, updating the Court as to the status of the arbitration proceedings.

5. The pending motion for conditional certification (ECF No. 46) is **DENIED as moot.**

BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge