**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**TIFFANY ADAMS, on behalf of herself and those similarly situated,**

**Plaintiff,** **CASE NO.: 2:20-cv-00697-MAK**

**vs.**

**PARTS DISTRIBUTION XPRESS, INC., PDX NORTH, INC., PDX SOUTH, INC. and PDX WEST, LLC,**

**Defendants.**
______________________________________ /

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, TIFFANY ADAMS, on behalf of herself and those individuals who have filed Consents to Join this matter and Defendants, PARTS DISTRIBTUION XPRESS, INC., PDX NORTH, INC., PDX SOUTH, INC., and PDX WEST, LLC, by and through their undersigned counsel and pursuant to Local Rule 83.6.1(a), hereby advise this Court that this matter has settled in its entirety and that the Parties intend to file the appropriate documents for approval and dismissal of this matter by on or before May 3, 2022.

Dated: April 20, 2022 Respectfully submitted,

| | |
|---|---|
| */s/ Andrew R. Frisch*__<br>ANDREW R. FRISCH<br>Morgan & Morgan, P.A.<br>8151 Peters Road, Suite 4000<br>Plantation, FL 33324<br>Tel: (954) WORKERS<br>Fax: (954) 327-3013<br>Email: afrisch@forthepeople.com<br>*Trial Counsel for Plaintiffs*<br>*(Admitted Pro Hac Vice)*<br><br>*/s/ Kimberly De Arcangelis*<br>KIMBERLY DEARCANGELIS | /s/ *Colin D. Dougherty*<br>Colin D. Dougherty<br>FOX ROTHSCHILD LLP<br>10 Sentry Parkway, Suite 200<br>P.O. Box 3001<br>Blue Bell, PA 19422-3001<br>Telephone: (610) 397-6500<br>Facsimile: (610) 397-0450<br>cdougherty@foxrothschild.com |

| | |
|---|---|
| Morgan & Morgan, P.A.<br>20 N. Orange Avenue, 15th Floor<br>Orlando, Florida 32801<br>Tel: (407) 420-1414<br>Fax: (407) 245-3383<br>Email: kimd@forthepeople.com<br>*Trial Counsel for Plaintiffs*<br>*(Admitted Pro Hac Vice)*<br><br>*/s/ Angeli Murthy*<br>ANGELI MURTHY<br>PA Bar No.:93699<br>Morgan & Morgan, P.A.<br>8151 Peters Road, Suite 4000<br>Plantation, FL 33324<br>Tel: (954) WORKERS<br>Fax: (954) 327-3016<br>Email: amurthy@forthepeople.com<br>*Local Counsel for Plaintiffs* | |